```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

| | |
|---|---|
| KENYA M. SPENCER, | * |
| Plaintiff, | * |
| vs. | * |
| LLOYD J. AUSTIN, III and PETE HEGSETH, *Secretary, Department of Defense*, | *   CASE NO. 4:25-cv-89 (CDL) |
| Defendants. | * |

### O R D E R

Plaintiff filed this action on March 12, 2025. More than 90 days have passed, and Plaintiff has not filed a proof of service showing that Defendants have been served with a copy of the summons and complaint. Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after the complaint is filed, the court, after notice to the plaintiff, must dismiss the action without prejudice against the defendants or order that service be made within a specified time. Accordingly, Plaintiff is ordered to serve Defendants in accordance with the Federal Rules of Civil Procedure by July 4, 2025, and to file proof of that service by July 11, 2025. Failure to do so will result in the dismissal of Plaintiff's complaint against Defendants without prejudice.

IT IS SO ORDERED, this 13th day of June, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE